## (May 21, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEWIS W. PARMELEE, Petitioner, v EDWARD HAMMOCK et al., Respondents.—Application for writ of habeas corpus pursuant to CPLR 7002 (subd [b], par 2), denied, without costs. (See Correction Law, former § 212, subd 10; *Matter of Hines v State Bd. of Parole,* 293 NY 254.) Sweeney, J. P., Kane, Staley, Jr., Main and Herlihy, JJ., concur.